[No. 24704-2-I. Division One. January 14, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID C. HILL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-02161-3, Norma Smith Huggins, J., entered August 4, 1989. *Reversed* by unpublished per curiam opinion.

[No. 24725-5-I. Division One. January 14, 1991.]

JANET HANSON, *Individually and as Personal Representative, Appellant,* v. ROLLINS BURDICK HUNTER OF WASHINGTON, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-01189-5, John M. Darrah, J., entered August 1, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 25308-5-I. Division One. January 14, 1991.]

TERRANCE C. MCCARTHY, ET AL, *Appellants,* v. MICHAEL H. GRAVES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-06072-1, Charles S. Burdell, Jr., J., entered November 2, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis and Forrest, JJ.